

# In the Missouri Court of Appeals
# Eastern District

APRIL 28, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED100715    STATE OF MISSOURI, RES V CARNELL REED, APP

2.  ED101447 JOEY ROBERTS, APP V STATE OF MISSOURI, RES

3.  ED101539 STATE OF MISSOURI, RES V BERNARD P. JOHNSON, APP

4.  ED101755 JOHN C. HARLAN, RES V LAWRENCE ALBERT, APP

5.  ED101782 PAMELA APPT, APP V DES, RES

6.  ED101972 IN THE INTEREST OF A.V.K.

7.  ED102098 IN THE INTEREST OF:  A.L.B.

**CORRECTION(S):**

1.  ED100905 STATE OF MISSOURI, RES V KENNETH DUDLEY, APP

2.  ED101753 W ISHMON ETAL APP V STL BOARD POLICE COMM ETAL DFT